**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

Cynthia J. Brown,

    Plaintiff,

 v.              Case No. 3:07-CV-874-JPG

RBMG, Inc.,

    Defendant.

## **JUDGMENT**

 This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

 IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                **NORBERT JAWORSKI**

Dated: June 18, 2008         By:s/Deborah Agans, Deputy Clerk


**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**